UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

*Plaintiff*,

v.

TRANSPORTATION SECURITY
ADMINISTRATION,

*Defendant*.

Civil Action No. 21-2076 (CJN)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered on January 21, 2022, Plaintiff the Human Rights Defense Center and Defendant the Transportation Security Administration ("TSA") hereby provide the Court with the following Joint Status Report.

1.      This matter arises out of a FOIA request Plaintiff submitted to TSA.  *See* Compl. (ECF No. 1) at 4.  According to the Complaint, the request sought:

 a.  Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against the TSA and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from January 1, 2011 to the present:

  i.   The name of all parties involved;

  ii.  The case or claim number;

  iii. The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);

  iv.  The date of resolution;

       v.  The amount of money involved in the resolution and to whom it was paid.

    b.  For each case or claim detailed above:

       i.  The complaint or claim form and any amended versions;

       ii.  The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.

2.     Plaintiff filed the Complaint on August 2, 2021, *see* Compl., and Defendant filed an Answer on October 13, 2021, *see* ECF No. 7.

3.     The parties update the Court as follows:

    a.  The parties have agreed on terms to narrow the scope of the request and expedite the processing and production of responsive documents.  TSA is currently applying the agreed-upon terms to determine a preliminary number of documents responsive to the request and anticipated dates for release.

    b.  The parties do not request a summary judgment briefing schedule at this time, and propose to file another joint status report on February 10, 2023, in order to update the Court on the agency's processing of Plaintiff's FOIA request, and to provide a proposed briefing schedule if necessary.

*    *    *

Dated: December 9, 2022
      Washington, DC                             Respectfully submitted,


*For Plaintiff:*                                 *For Defendant:*


 */s/ Deborah M. Golden*                         MATTHEW M. GRAVES,
DEBORAH M. GOLDEN                                United States Attorney
D.C. Bar No. 470-578
700 Pennsylvania Ave. SE, 2nd Floor              BRIAN P. HUDAK
Washington, DC 20003                             Chief, Civil Division
(202) 630-0332
dgolden@debgoldenlaw.com             By:      */s/ Kartik N. Venguswamy*
                                                 KARTIK N. VENGUSWAMY
                                                 D.C. Bar No. #983326
                                                 Assistant United States Attorney
                                                 601 D Street, NW
                                                 Washington, D.C. 20530
                                                 Tel: (202) 252-1790
                                                 kartik.venguswamy@usdoj.gov