## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>*Defendant*. | Civil Action No. 21-2076 (CJN) |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's Minute Order entered on January 21, 2022, Plaintiff the Human Rights Defense Center and Defendant the Transportation Security Administration ("TSA") hereby provide the Court with the following Joint Status Report.

1.     This matter arises out of a FOIA request Plaintiff submitted to TSA.  *See* Compl. (ECF No. 1) at 4.  According to the Complaint, the request sought:

    a.   Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against the TSA and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from January 1, 2011 to the present:

        i.   The name of all parties involved;

        ii.   The case or claim number;

        iii.   The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);

        iv.   The date of resolution;

     v.  The amount of money involved in the resolution and to whom it was paid.

  b.  For each case or claim detailed above:

     i.  The complaint or claim form and any amended versions;

     ii.  The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.

2.     Plaintiff filed the Complaint on August 2, 2021, *see* Compl., and Defendant filed an Answer on October 13, 2021, *see* ECF No. 7.

3.     The parties update the Court as follows:

  a.  The parties are negotiating a process to narrow and clarify Plaintiff's FOIA request in order to expedite processing and production of documents responsive to Plaintiff's FOIA request.

  b.  Because the parties are working to narrow the search, TSA does not currently have an estimate on the number of documents responsive to Plaintiff's FOIA request or anticipated dates for release of the documents requested by Plaintiff.  As of this date, TSA has released all spreadsheets to Plaintiff and Plaintiff's response to the spreadsheets should result in TSA having an estimate on the number of documents responsive to Plaintiff's FOIA request and the anticipated dates for release.

  c.  The parties do not request summary judgment briefing at this time, and propose to file another joint status report on October 7, 2022, in order to update the Court on the status of the FOIA request, and to provide a proposed briefing schedule if necessary.

4.   Additionally, Plaintiff the Human Rights Defense Center requests that this Court, at its convenience, set a Status Conference to discuss the delays in review and production, as this FOIA request was submitted over two years ago.  TSA opposes this request.

5.

Dated: August 18, 2023
       Washington, DC                         Respectfully submitted,


*For Plaintiff:*                                   *For Defendant:*


*/s/ Deborah M. Golden*                     MATTHEW M. GRAVES,
DEBORAH M. GOLDEN                    United States Attorney
D.C. Bar No. 470-578
700 Pennsylvania Ave. SE, 2nd Floor         BRIAN P. HUDAK
Washington, DC 20003                  Chief, Civil Division
(202) 630-0332
dgolden@debgoldenlaw.com        By:    */s/ Kartik N. Venguswamy*
                                    KARTIK N. VENGUSWAMY
                                    D.C. Bar No. #983326
                                    Assistant United States Attorney
                                    601 D. Street, NW
                                    Washington, D.C. 20530
                                    Tel: (202) 252-1790
                                    kartik.venguswamy@usdoj.gov