UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>TRANSPORTATION SECURITY ADMINISTRATION,<br><br>*Defendant*. | Civil Action No. 21-2076 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered on October 19, 2022, requiring joint status reports every 60 days, Plaintiff the Human Rights Defense Center and Defendant the Transportation Security Administration ("TSA") hereby provide the Court with the following Joint Status Report.

1. This matter arises out of a FOIA request Plaintiff submitted to TSA. *See* Compl. (ECF No. 1) at 4. According to the Complaint, the request sought:

   a. Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against the TSA and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from January 1, 2011, to the present:

   i. The name of all parties involved;

   ii. The case or claim number;

   iii. The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);

      iv. The date of resolution;

      v. The amount of money involved in the resolution and to whom it was paid.

   b. For each case or claim detailed above:

      i. The complaint or claim form and any amended versions;

      ii. The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.

2. Plaintiff filed the Complaint on August 2, 2021, *see* Compl., and Defendant filed an Answer on October 13, 2021, *see* ECF No. 7.

3. The parties update the Court as follows:

   a. As previously reported, TSA has collected over 1500 pages of records pursuant to the parties' agreement on search terms.

   b. TSA has completed processing and has sent records to an Outside Governmental Agency to consult prior to production.

   c. On May 23, 2024, TSA made a partial production of 136 pages.

   d. TSA has not yet provided an updated production schedule to Plaintiff with respect to the consult records or any records that remain to be processed by TSA, but anticipates making its next release of records in mid-September.

   e. The parties do not request a summary judgment briefing schedule at this time, and propose to file another joint status report on October 24, 2024, in order to update the Court on the agency's processing of Plaintiff's FOIA request, and to provide a proposed briefing schedule if necessary.

Dated: August 23, 2024
Washington, DC

Respectfully submitted,

*For Plaintiff:*

*/s/ Deborah M. Golden*
DEBORAH M. GOLDEN
D.C. Bar No. 470-578
700 Pennsylvania Ave. SE, 2nd Floor
Washington, DC 20003
(202) 630-0332
dgolden@debgoldenlaw.com

*For Defendant:*

MATTHEW M. GRAVES,
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

