UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HUMAN RIGHTS DEFENSE CENTER,

*Plaintiff*,

v.

TRANSPORTATION SECURITY
ADMINISTRATION,

*Defendant*.

Civil Action No. 21-2076 (CJN)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered on October 19, 2022, requiring joint status reports every 60 days, Plaintiff the Human Rights Defense Center and Defendant the Transportation Security Administration ("TSA") hereby provide the Court with the following Joint Status Report.

1.      This matter arises out of a FOIA request Plaintiff submitted to TSA.  *See* Compl. (ECF No. 1) at 4.  According to the Complaint, the request sought:

a.   Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against the TSA and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from January 1, 2011, to the present:

i.   The name of all parties involved;

ii.   The case or claim number;

iii.   The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);

    iv.  The date of resolution;

    v.  The amount of money involved in the resolution and to whom it was paid.

  b.  For each case or claim detailed above:

    i.  The complaint or claim form and any amended versions;

    ii.  The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.

2.    Plaintiff filed the Complaint on August 2, 2021, *see* Compl., and Defendant filed an Answer on October 13, 2021, *see* ECF No. 7.

3.    The parties update the Court as follows:

  a.  As previously reported, TSA has collected over 1500 pages of records pursuant to the parties' agreement on search terms.

  b.  TSA has completed processing and has sent records to an Outside Governmental Agency to consult prior to production.

  c.  TSA intends to make its next production of responsive records, subject to appropriate withholdings, on or before November 7, 2024.

  d.  TSA is also sending additional records to an Outside Governmental Agency as part of the review process.

  e.  The parties do not request a summary judgment briefing schedule at this time, and propose to file another joint status report on January 7, 2025, in order to update the Court on the agency's processing of Plaintiff's FOIA request, and to provide a proposed briefing schedule if necessary.

Dated: October 25, 2024
        Washington, DC                              Respectfully submitted,


 *For Plaintiff:*                                    *For Defendant:*


 /s/ Deborah M. Golden                              MATTHEW M. GRAVES,
DEBORAH M. GOLDEN                                   United States Attorney
D.C. Bar No. 470-578
700 Pennsylvania Ave. SE, 2nd Floor                 BRIAN P. HUDAK
Washington, DC 20003                                Chief, Civil Division
(202) 630-0332
dgolden@debgoldenlaw.com              By:    /s/ Kartik N. Venguswamy
                                             KARTIK N. VENGUSWAMY
                                             D.C. Bar No. #983326
                                             Assistant United States Attorney
                                             601 D Street, NW
                                             Washington, D.C. 20530
                                             Tel: (202) 252-1790
                                             kartik.venguswamy@usdoj.gov

3